UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


**ANNA STRZELCZYK ZALECZNA,**

    Plaintiff,

                                                            Civil No.**07-15094**
                                                            Hon. John Feikens

    v.


**ENTERPRISE LEASING CO.
OF DETROIT,**

    Defendant.

_____/


ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION


    The Court having reviewed the Magistrate Judge's Report and Recommendation,

filed on 11/18/2008, and noted that no objections were filed by either party,

    **IT IS ORDERED** that the Report is accepted and entered as the findings and

conclusions of this court.


                                                     **s/John Feikens**
                                                     John Feikens
                                                     United States District Judge

Dated: December 11, 2008

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on December 11, 2008.

s/Carol Cohron
Deputy Clerk